# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| NICHOLE HANKINS, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOLD CROWN MANAGEMENT, L.L.C. )<br>)<br>Defendant. | Case No.: 19-00630-CV-W-BP |

## CLERK'S ORDER OF DISMISSAL

On the 26th day of October 2020, the parties herein having filed a Joint Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

                                           AT THE DIRECTION OF THE COURT

                                           Paige Wymore-Wynn, Clerk of Court
                                              **/s/ Kelly McIlvain**
                                              Deputy Clerk

Date: October 26, 2020